March 28, 2008

Mr. Murry B. Cohen
Akin Gump Strauss Hauer & Feld, LLP
1111 Louisiana, 44th Floor
Houston, TX 77002
Mr. G. Stanley Cramb
Cramb & Marling, LLP
1909 Central Dr., Suite 204
Bedford, TX 76021

RE: Case Number: 06-0127
 Court of Appeals Number: 02-04-00279-CV
 Trial Court Number: 322-282850-99

Style: WILLIAM CHU
 v.
 CHONG HUI HONG

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinion and
judgment in the above-referenced cause.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Stephanie |
| |Robinson |
| |Mr. Thomas A. Wilder |
| |Mr. Robert Andrew |
| |Simon |